IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01522-WYD-MEH

BARBARA GREEN, individually and on behalf of all heirs as the surviving spouse of
    WILLIS C. GREEN, decedent,
STEPHANIE GREEN, individually, and
RANDY GREEN, individually,

    Plaintiffs,

v.

JONATHAN S. POST,
PUEBLO COUNTY SHERIFF'S DEPARTMENT, and
THE COUNTY OF PUEBLO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2007.**

    Defendants' Unopposed Motion for Stipulation and Protective Order [filed November 29, 2007; doc #28] is hereby **granted** as amended (see Paragraph 9). The Stipulation and Protective Order is filed contemporaneously with this Order.