IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01522-WYD-MEH

BARBARA GREEN, individually and on behalf of all heirs as the surviving spouse of
    WILLIS C. GREEN, decedent;
STEPHANIE GREEN, individually; and
RANDY GREEN, individually,

    Plaintiffs,

v.

JONATHAN S. POST;
PUEBLO COUNTY SHERIFF'S DEPARTMENT; and
THE COUNTY OF PUEBLO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion for Leave to Submit Plaintiffs' Supplemental Response to Defendants' Motion to Dismiss Fourth, Fifth, Seventh, Eighth and Ninth Claims for Relief (filed January 16, 2008) is **GRANTED**. Plaintiffs' Supplemental Response to Defendants' Motion to Dismiss Fourth, Fifth, Seventh, Eighth and Ninth Claims (docket # 35-2) is **ACCEPTED FOR FILING**. Defendants may, if they wish, file a reply to Plaintiffs' supplemental response by **Tuesday, January 29, 2008**.

    Dated: January 17, 2008