IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01522-WYD-MEH

BARBARA GREEN, individually and on behalf of all heirs as the surviving spouse of
    WILLIS C. GREEN, decedent;
STEPHANIE GREEN, individually; and
RANDY GREEN, individually,

    Plaintiffs,

v.

JONATHAN S. POST;
PUEBLO COUNTY SHERIFF'S DEPARTMENT; and
THE COUNTY OF PUEBLO,

    Defendants.

## ORDER

    THE COURT, having reviewed the Stipulated Motion for Stay Pending Appeal and the file and being fully advised in the premises,

    ORDERS that the Stipulated Motion for Stay Pending Appeal (filed May 5, 2008) is **GRANTED**. This matter is hereby stayed until such time as the Tenth Circuit Court of Appeals issues its mandate returning this matter to this Court.

    Dated: May 7, 2008

                                         BY THE COURT:

                                         s/ Wiley Y. Daniel
                                         Wiley Y. Daniel
                                         U. S. District Judge