IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01522-WYD-MEH

BARBARA GREEN, individually and on behalf of all heirs as the surviving spouse of
    WILLIS C. GREEN, decedent;
STEPHANIE GREEN, individually; and
RANDY GREEN, individually,

    Plaintiffs,

v.

JONATHAN S. POST and
PUEBLO COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

## ORDER OF REMAND

THIS MATTER is before the Court in connection with the Joint Status Report of the parties filed on September 15, 2009, pursuant to my Order of September 4, 2009. The Joint Status Report advises the Court that the only remaining claims after the opinion of the Tenth Circuit Court of Appeals issued August 7, 2009, are state law claims.  The Joint Status Report also advises that this case was removed to this Court from state court based on the presence of federal claims, and that the remaining state law claims should now be remanded back to state district court.  The parties further request that the caption be amended.  I find good cause for the parties' requests in the Joint Status Report.  Accordingly, it is

ORDERED that the parties may hereafter amend the caption of this case to remove Plaintiffs Stephen Green and Randy Green and to read as follows: *Barbara*

*Green, individually and as Surviving Spouse of Willis Green v. Jonathon S. Post and Pueblo County Sheriff's Department.*  It is

FURTHER ORDERED that the Clerk of Court shall **REMAND** this case to the District Court, County of Pueblo, State of Colorado.

Dated:  October 5, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge